```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    18Cr317(DLC)
UNITED STATES OF AMERICA,             :
                                      :        ORDER
             -v-                      :
                                      :
BRANDON GARDNER,                      :
                       Defendant.     :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2020

DENISE COTE, District Judge:

On April 9, 2020, this Court issued a summons for the defendant to appear before this Court on April 17 at 12 p.m. to be informed of the specifications of violation of the terms of supervised release that have been filed against him and to enter a denial or admission of violation. In light of the ongoing COVID-19 pandemic, it is hereby

ORDERED that defense counsel shall discuss the attached form, Waiver of Right to be Present at Criminal Proceeding, with the defendant. If there is informed and voluntary consent to waive his right to be present for an in-person at the proceeding, defense counsel shall file with the Court the executed form by **April 15, 2020**. Counsel is advised that in the event the defendant consents but counsel is unable to obtain the defendant's physical signature on the attached form, the Court will conduct an inquiry on April 17 to determine whether it is

appropriate for the Court to add the defendant's signature to the form.

IT IS FURTHER ORDERED that, if the defendant consents, the proceeding shall take place telephonically because videoconferencing is not reasonably available. The parties shall use the following dial-in credentials:

    Dial-in:       888-363-4749
    Access code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          April 10, 2020

                                  DENISE COTE
                        United States District Judge