```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :       18Cr317(DLC)
                                         :
            -v-                          :       ORDER
                                         :
BRANDON GARDNER,                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

By letter dated June 17, 2020, the parties informed the Court that the defendant wishes for his hearing on the violation of supervised release to proceed in person, and that he therefore requests a 90-day adjournment of the June 19, 2020 hearing that was scheduled to proceed as a videoconference. The Government and the U.S. Probation Department consent to the request. Accordingly, it is hereby

ORDERED that the hearing is adjourned to **11:00 am** on **July 31, 2020** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that if an in-person hearing is not available on July 31, the defendant shall inform the Court by Friday, **July 24, 2020** if the defendant consents to proceed remotely. Before **July 24**, defense counsel shall discuss again with the defendant the form, Waiver of Right to be Present at Criminal Proceeding, which was attached to the June 11 Order.

IT IS FURTHER ORDERED that upon receipt of the defendant's July 24 letter, the Court will issue an Order informing the

parties whether the hearing will occur in-person or via videoconference. If the hearing will occur via videoconference, the forthcoming Order will provide the credentials for the videoconference.

Dated:   New York, New York
         June 19, 2020

　　　　　　　　　　　　　　　　　　／s／ Denise Cote
　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　United States District Judge