```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :      18Cr317(DLC)
                                      :
            -v-                       :      ORDER
                                      :
BRANDON GARDNER,                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Through a letter of June 17, 2020 the defendant expressed his preference for his hearing on the violation of supervised release to proceed in person.  The June 19 hearing that was scheduled to proceed as a videoconference was therefore cancelled and the hearing was set to occur on July 31 at 11:00 a.m. in Courtroom 18B, 500 Pearl Street.  On July 24, the defendant requested an adjournment until the week of September 14, principally because he recently became employed.

Understanding that the defendant receives a work schedule, that he is not employed every weekday, and that he can arrange for adjustments to his schedule, it is hereby

ORDERED that the request to adjourn the July 31 hearing until September is denied.

IT IS FURTHER ORDERED that the hearing will proceed as scheduled on July 31 unless the defendant by **July 30, 2020** at

**10:00 a.m.** notifies the Court of a date next week that he prefers for the hearing.

Dated:      New York, New York
            July 28, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge