```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :       18Cr317(DLC)
                                         :
            -v-                          :       ORDER
                                         :
BRANDON GARDNER,                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of July 28, 2020 denied the defendant's request to adjourn the hearing on the violation of supervised release to September or October.  It is hereby

ORDERED that the Court's July 28 Order is VACATED.

IT IS FURTHER ORDERED that the parties shall consult and provide a status letter by Friday, **August 28, 2020**.  The status letter shall address whether the defendant wishes to admit to a violation, whether the Government wishes a date for a violation hearing to be scheduled, or when the parties expect to be able to inform the Court regarding those matters.

IT IS FURTHER ORDERED that the July 31, 2020 hearing is adjourned sine die.

Dated:    New York, New York
          July 29, 2020

                                  _____
                                         DENISE COTE
                                  United States District Judge