UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :
                                           :   18cr317 (DLC)
        -v-                                :
                                           :   ORDER
BRANDON GARDNER,                           :
                                           :
                       Defendant.          :
                                           :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2020

DENISE COTE, District Judge:

On September 23, 2020, this Court issued an Order scheduling the defendant's videoconferencing arraignment on the specifications of violation of supervised release for October 9, 2020 at 12 p.m.  The Court has since been informed that due to a conflict with another proceeding, the time must be moved. Accordingly, it is hereby

ORDERED that the arraignment shall occur on October 9, 2020 at **1:00 p.m.** using the CourtCall platform.  Defense counsel is reminded that he will be given an opportunity to speak with the defendant by telephone for fifteen minutes before the proceeding begins (i.e., at 12:45 p.m.).

Dated:    New York, New York
          October 1, 20200

                                    _____
                                             DENISE COTE
                                    United States District Judge