```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
  UNITED STATES OF AMERICA,             :    18cr0317 (DLC)
                                        :
         -v-                            :    ORDER
                                        :
  BRANDON GARDNER,                      :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The Court received the Government's letter dated December 1, 2020 requesting that the December 4, 2020 conference on the violation of supervised release be adjourned for ninety days. Counsel for the defendant consents to the request. It is hereby

ORDERED that the Government's December 1 letter shall be filed under seal.

IT IS FURTHER ORDERED that the December 4 conference is rescheduled for **February 5, 2021** at **3 p.m.**

Dated:   New York, New York
         December 1, 2020

                                  _____
                                        DENISE COTE
                                  United States District Judge