```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :       18cr317 (DLC)
                                         :
              -v-                        :          ORDER
                                         :
 BRANDON GARDNER,                        :
                                         :
                      Defendant.         :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

A conference on the violation of supervised release is scheduled for Friday, February 5, 2021 at 3 p.m.  Due to the recent spike in COVID-19 cases, an in-court proceeding may not be available to the defendant.  In addition, due to the increase in demand for videoconference proceedings, a videoconference proceeding may not be available either.  A telephone conference may be available, however.  Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **January 29, 2021**:

1) Does the defendant consent to be have the conference through videoconference technology?

2) If a videoconference proceeding is unavailable, does the defendant consent to have the conference at a telephone conference proceeding?

2

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         January 22, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge