```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :    18cr0317 (DLC)
                                        :
            -v-                         :        ORDER
                                        :
 BRANDON GARDNER,                       :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The Court received the Government's letter dated January 26, 2021 requesting that the February 5, 2021 conference on the violation of supervised release be adjourned for sixty days. Counsel for the defendant consents to the request. It is hereby

ORDERED that the Government's January 26 letter shall be filed under seal.

IT IS FURTHER ORDERED that the February 5 conference is rescheduled for **April 9, 2021** at **2 p.m.**

Dated:   New York, New York
         January 26, 2021

_____
DENISE COTE
United States District Judge