```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :    18cr317(DLC)
                                      :
            -v-                       :    ORDER
                                      :
BRANDON GARDNER,                      :
                                      :
                      Defendant.      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

A conference on specifications of violation of supervised release is scheduled to occur on **April 9** at **2:00 PM**. The defendant is incarcerated. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **5:00 PM** on **April 1, 2021**:

1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         March 18, 2021

_____
DENISE COTE
United States District Judge