UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA,              :        18cr0317 (DLC)
                                       :
          -v-                          :        ORDER
                                       :
BRANDON GARDNER,                       :
                                       :
                 Defendant.            :
                                       :
---------------------------------------X

DENISE COTE, District Judge:

     The Court received the Government's letter dated March 30,

2021 requesting that the April 9, 2021 conference on the

violation of supervised release be adjourned for thirty days.

Counsel for the defendant consents to the request.  It is hereby

     ORDERED that the Government's March 30 letter shall be

filed under seal.

     IT IS FURTHER ORDERED that the April 9 conference is

rescheduled for **May 13, 2021 at 3:00 PM.**

Dated:    New York, New York
          March 30, 2021


                              _____
                                      DENISE COTE
                              United States District Judge