```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :        18cr317(DLC)
                                         :
            -v-                          :           ORDER
                                         :
BRANDON GARDNER,                         :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    A conference on specifications of violation of supervised release is scheduled to occur on **May 13, 2021** at **3:00 PM**. The defendant is incarcerated. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference. Accordingly, it is hereby

    ORDERED that defense counsel shall respond to the following two questions by **5:00 PM** on **May 6, 2021**:

        1) Does the defendant consent to have the proceeding occur as a videoconference?

        2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:  New York, New York
        April 26, 2021

                                          _____
                                              DENISE COTE
                                   United States District Judge