UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA,              :
                                       :
            -v-                        :        18cr317 (DLC)
                                       :
BRANDON GARDNER,                       :                ORDER
                                       :
                      Defendant.       :
                                       :
---------------------------------------X


DENISE COTE, District Judge:

        It is hereby

        ORDERD that the defendant is scheduled to appear for a

hearing regarding violations of supervised release in person in

Courtroom 18B, 500 Pearl Street, on **November 3, 2021** at **12:00

PM**.  In light of the ongoing COVID-19 pandemic, it is hereby

        ORDERED that all individuals seeking entry to 500 Pearl

Street must complete a questionnaire and have their temperature

taken before being allowed entry into the courthouse.  **To gain

entry to 500 Pearl Street, follow the instructions provided

here**:

        https://www.nysd.uscourts.gov/sites/default/files/2020-
        10/QR%20Sign%20-%20Public Media v.5.pdf

        IT IS FURTHER ORDERED that all individuals must practice

social distancing at all times in the courthouse.  Individuals

also must wear a mask that covers their nose and mouth in the

courthouses.   Bandannas, gaiters and masks with valves are prohibited.

IT IS FURTHER ORDERED that by **October 29, 2021,** defense counsel must advise the Court of how many spectators will attend the proceeding.   The parties must advise the Court by the same date how many individuals will be seated at counsel's tables. Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court proceeding may listen to it through a telephone link by calling **888-363-4749** and using access code **4324948**.

Dated:     New York, New York
           October 22, 2021

_____
                DENISE COTE
     United States District Judge

2