```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
            -v-                      :    18cr317 (DLC)
                                     :
BRANDON GARDNER,                     :    ORDER
                                     :
                  Defendant.         :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERD that the defendant's request for new counsel is granted and the on duty CJA Attorney for today Marlon G. Kirton is hereby appointed to represent Brandon Gardner.

IT IS FURTHER ORDERED that attorney David Stern is terminated from his representation of the defendant.

Dated:   New York, New York
         November 3, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge