```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :     18cr317 (DLC)
                                        :
            -v-                         :     ORDER
                                        :
BRANDON GARDNER,                        :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Today, having received Brandon Gardner's November 3, 2021 letter, Gardner is hereby

ADVISED that the Government did not select his CJA attorney. CJA attorneys are selected for the CJA panel by the Judges of this Court based on their qualifications and appointed by the Clerk of Court to represent defendants based on their availability. While the Government may provide information to the Court before a given CJA attorney is appointed to represent a defendant to ensure the attorney does not have a conflict of interest in that defendant's case, the Government otherwise plays no role in the appointment process. Marlon Kirton was the on-duty CJA attorney on November 3, 2021 and was assigned to represent Gardner for that reason. The Government had no role in the selection of Kirton.

IT IS HEREBY ORDERED that the Clerk of Court shall mail a copy of this Order to Gardner and note mailing on the docket.

Dated:    New York, New York
         November 12, 2021

>                                 _____
>                                       DENISE COTE
>                                 United States District Judge