```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :    18cr317 (DLC)
                                       :
            -v-                        :    ORDER
                                       :
BRANDON GARDNER,                       :
                                       :
                  Defendant.           :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the **January 12, 2022** conference is rescheduled for **1:00 PM** on the same date.

Dated:   New York, New York
         January 7, 2022

_____
DENISE COTE
United States District Judge