# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

January 11, 2022

VIA ELECTRONIC FILING

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Brandon Gardner, 18 cr. 317 (DLC)*

Dear Judge Cote:

    I represent Brandon Gardner in the above-referenced matter. Mr. Gardner sent a letter to the Court asking to withdraw his guilty plea to the VOSR specifications. This Court scheduled January 12, 202022, for a status conference. I have had several conferences with Mr. Gardner concerning this matter. He needs additional time to explore his options. I request a thirty adjournment of tomorrow's status conference. I have the consent of the Government for this request.

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

*[Handwritten note: The conference is adjourned to 2/11/22 at 10:00 a.m. Denise Cote 1/11/22]*

cc: Christopher J. Clore, Assistant United States Attorney (via electronic mail).

1