# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

March 11, 2022

VIA ELECTRONIC FILING

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Brandon Gardner, 18 cr. 317 (DLC)*

Dear Judge Cote:

    I represent Brandon Gardner in the above-referenced matter. Mr. Gardner sent a letter to the Court asking to withdraw his guilty plea to the VOSR specifications. I ordered the minutes of proceedings dated September 8, 2020, and June 11, 2021. I am still awaiting receipt of the minutes. As soon as I receive the minutes, I will confer with my client and notify the parties.

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

*[Handwritten note:] Understanding that counsel has now received the transcripts, a status report is due 4/1/22.*
*Denise Cote*
*3/16/22*

cc: Christopher J. Clore, Assistant United States Attorney (via electronic mail).

1