```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
  UNITED STATES OF AMERICA,              :    18cr317 (DLC)
                                         :
         -v-                             :         ORDER
                                         :
  BRANDON GARDNER,                       :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Upon the request of the defendant that a sentencing regarding the specifications of violation of supervised release be scheduled, it is hereby

ORDERED that sentencing is scheduled for **April 27, 2022 at 11:00 AM**. Any submissions contemplated by the parties shall be filed by April 22, 2022.

SO ORDERED:

Dated:   New York, New York
         April 4, 2022

         _____
                  DENISE COTE
         United States District Judge